IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00329-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND |
| | ) | VACATE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| BRAD A. LUKE, | ) | DATE:  November 8, 2022 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Jeremy D. Peterson |
| | ) | |
| | ) | |
| | ) | |

The defendant provided the agreed upon proof of DOT certified helmets to the United States.  Accordingly, the Motion to Dismiss without prejudice of the above-captioned case is GRANTED.

It is further ordered that the status conference scheduled on December 5, 2022, is vacated.

IT IS SO ORDERED.


Dated: November 18, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE STATUS                1                U.S. v. BRAD A. LUKE